UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK8-BRD-BMX INC.<br><br>                Plaintiff,<br><br>      v.<br><br>VISA INC.<br><br>                Defendant. | Case No. 1:25-cv-00855<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

PLEASE TAKE NOTICE that pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, CHRISTOPHER T. MICHELETTI, member of the firm Zelle LLP, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff SK8-BRD-BMX INC. in the above-captioned action.

I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the sworn declaration pursuant to Local Rule 1.3.

Dated: February 11, 2025

                                                                        Respectfully submitted,

                                                                   */s/ Christopher T. Micheletti*
                                                                 Christopher T. Micheletti
                                                                 **ZELLE LLP**
                                                                 555 12th Street, Suite 1230
                                                                 Oakland, CA 94607
                                                                 Tel: (415) 693-0700
                                                                 Fax: (415) 693-0770
                                                                 cmicheletti@zellelaw.com

                                                                *Counsel for Plaintiff SK8-BRD-BMX INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK8-BRD-BMX INC.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VISA INC.<br><br>　　　　　　Defendant. | Case No. 1:25-cv-00855<br><br>**DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Christopher T. Micheletti, hereby declare as follows:

1. I am a partner with the law firm Zelle LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned action.

3. As shown in the Certificate of Good Standing obtained from the California Supreme Court annexed hereto, I am a member in good standing of the Bar of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2025　　　　　　　　　／s/ *Christopher T. Micheletti*
　　　　　　　　　　　　　　　　　　　　　Christopher T. Micheletti



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### CHRISTOPHER THOMAS MICHELETTI

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that CHRISTOPHER THOMAS MICHELETTI, #136446, was on the 7th day of December 1988, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 30th day of January 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
Sean Kennedy, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK8-BRD-BMX INC.<br><br>                Plaintiff,<br><br>    v.<br><br>VISA INC.<br><br>               Defendant. | Case No. 1:25-cv-00855<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* |

    The motion of Christopher T. Micheletti for admission to practice *pro hac vice* in the above-captioned action is granted.

    Applicant has declared he is a member in good standing of the Bar of the State of California; and that his contact information is as follows:

Christopher T. Micheletti
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: (415) 693-0700
Fax: (415) 693-0770
cmicheletti@zellelaw.com

    Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff SK8-BRD-BMX INC. in the above-captioned action.

    **IT IS HEREBY ORDERED** that Christopher T. Micheletti is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/4/2025

/s/ Laura Taylor Swain
_____
United States District Judge
Part I